# FILED

08/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0432

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court  No. DA 23-0432
* * * * * * * * * * * * * * * *

MICHAEL STEARS, MARIE B. STEARS,　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellants,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
TOWN OF ENNIS, MONTANA,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellee.　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

**PROPOSED ORDER DISMISSING APPELLANTS' APPEAL WITHOUT PREJUDICE**

* * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * *

Appellants Michael Stears and Marie B. Stears have made an unopposed motion under Rule 16(4), M.R.App.P. to voluntarily dismiss their appeal without prejudice.   GOOD CAUSE having been shown, Appellants' motion is GRANTED and it is hereby ORDERED that Appellants' appeal is dismissed without prejudice.

DATED this _____ day of August, 2023.

By:_____

Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 22 2023